**GRANTED**
*James Ware*
Judge James Ware

1  GALTON & HELM LLP
2  DANIEL W. MAGUIRE, State Bar No. 120002
   dmaguire@galtonhelm.com
3  MICHAEL B. BERNACCHI, State Bar No. 163657
   mbernacchi@galtonhelm.com
   500 South Grand Avenue, Suite 1200
4  Los Angeles, California 90071-2624
   Telephone: (213) 629-8800
5  Facsimile: (213) 629-0037

6  Attorneys for Plaintiff Hartford Life Group Insurance Company

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  HARTFORD LIFE GROUP           CASE NO. C06-06729 JW (RS)
   INSURANCE COMPANY,
12                                       **STIPULATION FOR A TWO**
         Plaintiff,                 **WEEK EXTENSION TO FILE**
13                                       **RESPONSIVE PLEADING TO**
   vs.                              **DEFENDANTS' COUNTERCLAIM**
14
   SID RIGOR, AS THE PERSONAL
15  REPRESENTATIVE OF THE
   ESTATE OF SCOTT A. RIGOR;
16  ANGIE RIGOR; SHANNON BOUND;
   and DOES 1 through 5,
17
         Defendants.
18

19

20       Pursuant to Northern District Local Rule 6-1, plaintiff Hartford Life and

21  Accident Insurance Company shall have an extension, to and until, January 5, 2007,

22  with which to file and serve their response to Defendants' Counterclaim in this

23  action. This extension will not affect any deadline which has been fixed by court

24  order.

25

26  ///

27  ///

28  ///

5666 / 104716.1                             1                        Case No. C06-06729 JW (RS)

1   IT IS SO AGREED AND STIPULATED.
2
3   DATED: December 21, 2006        LAW OFFICES OF KATHLEEN FRANKE
4
5                                   By: _____
6                                       KATHLEEN FRANKE
                                    Attorneys for Defendants Sid Rigor and Angie
7                                   Rigor

8   DATED: December 21, 2006        GALTON & HELM LLP
                                    DANIEL W. MAGUIRE
9                                   MICHAEL B. BERNACCHI
10
11                                  By: _____
12                                      MICHAEL B. BERNACCHI
                                    Attorneys for Plaintiff Hartford Life Group
13                                  Insurance Company
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

5666 / 104716.1                         2                    Case No. C06-06729 JW (RS)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 500 South Grand Avenue, Suite 1200, Los Angeles, California 90071-2624.

On December 21, 2006, I served the following document(s) described as **STIPULATION FOR A TWO WEEK EXTENSION TO FILE RESPONSIVE PLEADING TO DEFENDANTS' COUNTERCLAIM** on the interested party(ies) in this action as follows:

☒ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 629-0037. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of a member of the bar of this court.

Executed on December 21, 2006, at Los Angeles, California.

_/s/ Agnes D. Tualla_
Agnes D. Tualla

# SERVICE LIST

### *Hartford v. Rigor*

Sharon Bound
526 N. Metter Avenue
Columbia, Illinois 62236
Tel: (618) 660-6908
In Pro Per

Kathleen Franke, Esq.
209 El Camino del Mar
Aptos, California 95003
Tel: (831) 688-7018
Attorney for Defendants Sid Rigor and Angie Rigor

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

2