IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hartford Life Group Insurance Company, | NO. C 06-06729 JW |
|     Plaintiff,<br>  v. | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO DISMISS** |
| Sid Rigor, et al., | |
|     Defendants. | |

On January 9, 2007, Plaintiff noticed a motion to dismiss Defendant's counterclaim (see Docket Item No. 25) for February 26, 2007. Defendant has failed to file a timely opposition. The Court continues the hearing to **March 19, 2007 at 9 a.m.** The case management conference currently scheduled for February 12, 2007 is also continued to **March 19, 2007 at 10 a.m.** The Court reminds Defendant that failure to respond would result in a Rule 41(b) dismissal. See Fed. R. Civ. P. 41(b).

In light of this Order, Plaintiff's motion to appear telephonically for the February 12 and February 26 proceedings is moot.

Dated: February 6, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel William Maguire dmaguire@galtonhelm.com
Jonathan S. O&#039;Donnell jon@mbvlaw.com
Kathleen Ann Franke kathy@kafranke.com
Leland Peter Ryan pete@mbvlaw.com
Michael Bernard Bernacchi mbernacchi@galtonhelm.com

**Dated: February 6, 2007**                                          **Richard W. Wieking, Clerk**

                                                                     **By:   /s/ JW Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California