GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
  dmaguire@galtonhelm.com
MICHAEL B. BERNACCHI, State Bar No. 163657
  mbernacchi@galtonhelm.com
KEIKO J. KOJIMA, State Bar No. 206595
  kkojima@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Hartford Life Group Insurance Company



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HARTFORD LIFE GROUP INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SID RIGOR, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF SCOTT A. RIGOR; ANGIE RIGOR; SHANNON BOUND; AND DOES 1 through 5,<br><br>Defendants.<br><br>SID RIGOR, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF SCOTT A. RIGOR; and ANGIE RIGOR,<br><br>Counterclaimants,<br><br>vs.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY; and ROES 1 through 5,<br><br>Counterdefendants. | CASE NO. C06 06729 JW (RS)<br><br>**STIPULATION AND [PROPOSED] *as revised* ORDER RE DISCHARGE AND DISMISSAL; AWARD OF FEES AND COSTS; AND DISBURSEMENT OF FUNDS DEPOSITED WITH THE COURT** |

5666 / 107747.1

Plaintiff/Counterdefendant Hartford Life Group Insurance Company ("HARTFORD"), Defendants/Counterclaimants Sid Rigor, as the Personal Representative of the Estate of Scott A. Rigor, ("SID RIGOR") and Angie Rigor ("ANGIE RIGOR") (collectively the "RIGORS"), and Defendant Shannon Bound ("BOUND") hereby stipulate and agree, by and through their respective counsel of record, as follows:

1. HARTFORD shall be paid the sum of $7,392.00 as reasonable attorney's fees and costs incurred in bringing its Complaint in Interpleader and defending against the Counterclaim, to be paid out of the proceeds deposited with the Clerk of this Court. The parties agree that the Clerk shall issue payment to HARTFORD of the sum of $7,392.00 from such proceeds, in care of its attorneys, Galton & Helm LLP. It is agreed that HARTFORD will accept this sum in full and complete satisfaction of its claims for attorneys' fees and costs in this action.

2. It is agreed that the Court shall issue payment to Defendant BOUND the amount of $12,500.00, to be paid out of the interpleaded proceeds deposited with the clerk of this Court. The parties agree that the Clerk shall issue payment to BOUND of the sum of $12,500, from such proceeds, in care of her attorneys, MBV Law LLP.

3. It is agreed that the remaining balance of the proceeds deposited with the Court, together with accumulated interest, shall be issued to Defendant/Counterclaimant SID RIGOR, as the court-appointed Personal Representative of the Estate of Scott A. Rigor. The parties agree that the Clerk shall

5666 / 107747.1

2

Case No. C06 06729 JW (RS)
STIPULATION AND [PROPOSED] ORDER RE DISCHARGE AND DISMISSAL; AWARD OF FEES AND COSTS; AND DISBURSEMENT OF FUNDS DEPOSITED WITH THE COURT

1  issue payment to SID RIGOR said sum from such proceeds, in care of his attorney,
2  Kathleen Franke.

4      4.   HARTFORD, and its agents, servants, predecessors, successors, assigns, administrators, associations, partnerships, and corporations and each of them, all of their subsidiaries, related partnerships and corporations, past, present and future officers, directors, agents, attorneys and employees and respective predecessors, successors, assigns, and administrators, and each of them, are hereby and shall be discharged from liability to Defendant/Counterclaimant SID RIGOR, as the Personal Representative of the Estate of Scott A. Rigor, Defendant/Counterclaimant ANGIE RIGOR, and Defendant BOUND to the full extent permitted by law.

14     5.   Plaintiff, Defendants, Counterclaimants, and Counterdefendants (the "Parties"), "and their agents, heirs, estates, servants, predecessors, successors, assigns, administrators, associations, partnerships, and corporations and each of them, all of their subsidiaries, related partnerships and corporations, past, present and future officers, directors, agents, attorneys and employees and respective heirs, estates, predecessors, successors, assigns, and administrators, and each of them, shall be and by the Order hereon are restrained from taking, or proceeding with or commencing any action against each other for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the Parties with respect to group term life insurance policy no. 303858 (the "Policy") issued by HARTFORD to Granite Construction, Inc., and/or with respect to benefits due under said Policy, which benefits have been deposited in an interest-bearing account with the Court.

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

6.    Pursuant to Federal Rules of Civil Procedure Rule 41(a), all parties are dismissed with prejudice from this action.

7.    This action, which includes the Complaint and the Counterclaim, shall be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: March 6, 2007

GALTON & HELM LLP
DANIEL W. MAGUIRE
MICHAEL B. BERNACCHI
KEIKO J. KOJIMA

By: /s/KeikoJ. Kojima
KEIKO J. KOJIMA
Attorneys for Plaintiff/Counterdefendant
Hartford Life Group Insurance Company

DATED: March 1, 2007

LAW OFFICES OF KATHLEEN FRANKE

By: /s/Kathleen Franke
KATHLEEN FRANKE
Attorneys for Defendants/Counterclaimants Sid Rigor and Angie Rigor

DATED: March 1, 2007

MBV LAW LLP
JONATHAN S. O'DONNELL, ESQ.
L. PETER RYAN, ESQ.
By: /s/Jonathan S. O'Donnell
JONATHAN S. O'DONNELL
Attorneys for Defendant Shannon Bound

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

1  I hereby attest that I have on file all holograph for any signatures indicated by
2  the "conformed" signature (/s/) within this efiled document.

                                        /s/Keiko J. Kojima
                                        KEIKO J. KOJIMA
                                        Attorneys for Plaintiff/Counterdefendant
                                        Hartford Life Group Insurance Company

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

5666 / 107747.1

5

Case No. C06 06729 JW (RS)
STIPULATION AND [PROPOSED] ORDER RE
DISCHARGE AND DISMISSAL; AWARD OF
FEES AND COSTS; AND DISBURSEMENT OF
FUNDS DEPOSITED WITH THE COURT

# **O R D E R**

The parties having stipulated and good cause appearing therefor, IT IS ORDERED THAT the parties be discharged and released in accordance with the terms of the above stipulation.

IT IS FURTHER ORDERED THAT the Clerk shall issue payment out of the interpleaded funds in the following manner:

1. The Clerk shall issue payment of the sum of $7,392.00 to HARTFORD. The check shall be made payable to "Hartford Life Group Insurance Company" and mailed to its attorneys: Keiko J. Kojima, Galton & Helm LLP, 500 South Grand Avenue, Suite 1200, Los Angeles, California 90071-2624.

2. The Clerk shall issue payment of the sum of $12,500.00, to Defendant BOUND. The check shall be made payable to "Shannon Bound" and mailed to her attorneys: Jonathan S. O'Donnell, Esq., MBV Law LLP, 855 Front Street, San Francisco, California 94111.

3. The Clerk shall issue payment the remaining balance of the proceeds deposited with the Court, together with accumulated interest to Defendant/Counterclaimant SID RIGOR, as the court-appointed Personal Representative of the Estate of Scott A. Rigor. The check shall be made payable to "Sid Rigor, as the Court-Appointed Personal Representative of the Estate of Scott A. Rigor" and mailed to his attorney: Kathleen Franke, Esq., Law Offices of Kathleen Franke, 209 El Camino del Mar, Aptos, California 95003.

5666 / 107747.1

6

Case No. C06 06729 JW (RS)
STIPULATION AND [PROPOSED] ORDER RE DISCHARGE AND DISMISSAL; AWARD OF FEES AND COSTS; AND DISBURSEMENT OF FUNDS DEPOSITED WITH THE COURT

IT IS FURTHER ORDERED THAT all parties are dismissed with prejudice from this action, pursuant to Federal Rules of Civil Procedure Rule 41(a).

IT IS FURTHER ORDERED THAT this action, which includes the Complaint and the Counterclaim, shall be dismissed with prejudice.

Dated: March 6, 2007

_____
Hon. James Ware
United States District Court Judge

5666 / 107747.1

7

Case No. C06 06729 JW (RS)
STIPULATION AND [PROPOSED] ORDER RE DISCHARGE AND DISMISSAL; AWARD OF FEES AND COSTS; AND DISBURSEMENT OF FUNDS DEPOSITED WITH THE COURT

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800